IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH BASS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D16-337

PMS PRODUCTS, INC. A
MICHIGAN COMPANY,

Appellee.

_____/

Opinion filed November 3, 2016.

An appeal from the Circuit Court for Walton County.
Thomas R. Santurri, Judge.

Joseph D. Bass, PhD, PE, pro se, Appellant.

Caryn L. Bellus and Barbara E. Fox, Miami, for Appellee.

PER CURIAM.

       AFFIRMED.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.